| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Justin S. Parks | Social Security number or ITIN: xxx–xx–3019 |
| | First Name  Middle Name  Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | Estelle J. Girard | Social Security number or ITIN: xxx–xx–9650 |
| | First Name  Middle Name  Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13  7/18/25 |
| Case number: | 1–25–43428–ess | |

# NOTICE OF HEARING ON CONFIRMATION

**NOTICE IS HEREBY GIVEN THAT:**

A hearing on confirmation of the proposed Chapter 13 Plan filed by the above−captioned debtor(s) will be held before the Honorable Elizabeth S. Stong , United States Bankruptcy Judge, on **October 6, 2025 at 10:00 AM** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3585 − 3rd Floor, Brooklyn, NY 11201−1800**

Enclosed is a copy of the debtor(s) proposed Chapter 13 Plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: July 21, 2025

For the Court, Paul Dickson, Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 02/01/17]