## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

IN RE:                                        Case No. 1-25-43428-ess
                                              Chapter 13
Justin S. Parks
Estelle J. Girard

Debtor(s).

## NOTICE OF APPEARANCE

**Customers Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**


By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 5812821
       Stern & Eisenberg, PC
       1581 Main Street, Ste. 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: 215-572-8111
       Fax: 215-572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 13th day of August, 2025, to the following:

Btzalel Hirschhorn
Shiryak, Bowman, Anderson, Gill &
Kadochnikov, LLP
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415
bhirschhorn@abzlaw.com
*Attorney for Debtor(s)*


Krista M Preuss
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
info@ch13edny.com
*Chapter 13 Trustee*


U.S. Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
USTPRegion02.BR.ECF@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Justin S. Parks
610 Warren Street, Apt. 5A
Brooklyn, NY 11217

Estelle J. Girard
610 Warren Street, Apt. 5A
Brooklyn, NY 11217
*Debtor(s)*


By:        /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire