**UNITED STATES BANKRUPCTY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**
------------------------------------------------------------------------X

In re:                                                                    Chapter 13

JUSTIN S. PARKS,                                                          Case No. 1-25-43428
&

ESTELLE J. GIRAD

                                    Debtor.
------------------------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

  We are the Debtors in this case. We hereby request to enter into the Loss Mitigation Program with respect to:

**Property:**        610 WARREN ST, 5A, BROOKLYN, NY 11217

**Loan Number:**      xxxxxx0001

**Creditor:**        Customers Bank
            40 GENERALL WARREN BLVD.,
            STE 200, MALVERN, PA 19355

**Attorneys for Creditor:**   Stern & Eisenberg Attorneys at Law
            Steven K. Eisenberg, Esq.
            1581 Main St., Suite 200, Warrington, PA 18976

**SIGNATURE:**
*/s/ Justin S. Parks*
*/s/ Estelle J. Parks*

  We understand that if the Court orders loss mitigation in this case, we will be expected to comply with the Loss Mitigation Procedures. We agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. We understand that loss mitigation is voluntary for all parties, and that we are not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. We also understand that no other party is required to enter into any agreement or settlement with us. We understand that we are **not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**/s/ Justin S. Parks**                                                                         **/s/ Estelle J. Girard**
**Justin Parks**                                                                                  **Estelle Girad**

Date: August 26, 2025

**EXHIBIT A: PROPOSED LOSS MITIGATION ORDER**

**UNITED STATES BANKRUPCTY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)**
-----------------------------------------------------------------------X

In re:

JUSTIN S. PARKS,
&

ESTELLE J. GIRAD

                       Debtor.

-----------------------------------------------------------------------X

Chapter 13

Case No. 1-25-43428

## **LOSS-MITIGATION ORDER**

**WHEREFORE**, on or about August 26, 2025, a Loss Mitigation Request was filed by the Debtors Justin S Parks & Estelle J. Girad ("Debtors").

**NOW, THEREFORE**, upon the foregoing, it hereby

**ORDERED**, that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1. The Debtor
2. Customers Bank, the Creditor ("Creditor") with respect to loan number: **xxxxxx1735** for the property located at **610 WARREN ST, 5A, BROOKLYN, NY 11217.**

It is further:

**ORDERED**, that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures annexed to this Order; and it is further

**ORDERED**, that the Loss Mitigation Parties shall observe the following deadlines:

3. Each Loss Mitigation Party shall designate contact persons and disclose contact information **within 7 days of the date of this order**, unless this information has been previously provided. As part of this obligation, **the Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority.**
4. Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order.**
5. Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order.**
6. Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**
7. The Loss Mitigation Session shall be scheduled not later than _____, 2025.
8. The Loss Mitigation Period shall terminate on _____, 20\_\_, unless extended as provided in the Loss Mitigation Procedures.

1

It is further **ORDERED**, that a status conference will be held in this case on _____, 2025 (the "**Status Conference**"). The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled, and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further.

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.