IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| In Re: | Chapter: 13 |
|---|---|
| Justin S. Parks | Bankruptcy Case: 1-25-43428-ess |
| Estelle J. Girard | |
| Debtors | |

## AFFIDAVIT OF SERVICE

I, Steven K. Eisenberg, hereby affirms, under the penalty of perjury, that a true and correct copy of the within Objections of Customers Bank, together with this Affidavit, was sent by first class, postage prepaid mail on the Debtor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

| | |
|---|---|
| Krista M Preuss<br>100 Jericho Quadrangle<br>Ste 127<br>Jericho, NY 11753<br>info@ch13edny.com<br>***Chapter 13 Standing Trustee*** | Regular Mail<br>Notice of Electronic Filing (ECF) |
| Justin S. Parks<br>610 Warren Street, Apt. 5A<br>Brooklyn, NY 11217<br>***Debtor*** | Regular Mail |
| Estelle J. Girard<br>610 Warren Street, Apt. 5A<br>Brooklyn, NY 11217<br>***Debtor*** | |
| Btzalel Hirschhorn<br>80-02 Kew Gardens Road, Suite 600<br>Kew Gardens, NY 11415<br>bhirschhorn@abzlaw.com<br>***Debtors' Counsel*** | Regular Mail<br>Notice of Electronic Filing (ECF) |

| | |
|---|---|
| U.S. Trustee | Regular Mail |
| Eastern District of NY (Brooklyn) | Notice of Electronic Filing (ECF) |
| Alexander Hamilton Custom House | |
| One Bowling Green, Room 510 | |
| New York, NY 10004-1408 | |
| USTPRegion02.BR.ECF@usdoj.gov | |
| ***United States Trustee*** | |

                                            Respectfully submitted,
                                            Stern & Eisenberg, PC
                                   BY: <u>/s/ Steven K. Eisenberg</u>
                                            Steven K. Eisenberg, Esquire
                                            Stern & Eisenberg, PC
                                            seisenberg@sterneisenberg.com
                                            Bar Number: 5812821
Dated: September 25, 2025                 Attorney for Creditor