

LAW OFFICES
# Stern & Eisenberg, PC
*www.sterneisenberg.com*

20 Commerce Drive, Suite 230
Cranford, NJ 07016
and
1131 Route 55, Suite 1
Lagrangeville, NY 12540
Phone: (732) 582-6344
Facsimile: (732) 726-8719
Telephone: (516) 630-0288
Facsimile: (732) 726-8719

October 20, 2025

Honorable Judge Elizabeth S. Stong
United States Bankruptcy Court – NYED
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201

| | | |
|---|---|---|
| | Re: | Justin S. Parks Estelle J. Girard |
| | Case Number: | 1-25-43428-ess |
| | Subject: | **Status Report of Loss Mitigation between Debtor and Creditor** |

Dear Judge Stong,

Our office represents Customers Bank as servicer for Customers Bank ("Creditor") in the above-referenced loss mitigation proceedings. Please accept this letter as an update on the status of Creditor's loss mitigation review.

Debtor's Counsel was sent the Loss Mitigation application on September 23, 2025. Creditor has not received the Loss Mitigation application as of October 20, 2025 despite several follow-ups.

Please do not hesitate to contact our office with any questions.

Sincerely,

*/s/ Steven K. Eisenberg*
Steven K. Eisenberg, Esquire
STERN & EISENBERG, PC