

Mark Anderson, Esq.
Dustin Bowman, Esq.
Charles Wallshein, Esq.

New York City:
80-02 Kew Gardens Road, Suite 600
Kew Gardens NY 11415
Tel: 718-263-6800

Long Island:
35 Pinelawn Road, Suite 106E,
Melville, NY 11747
Tel: 631-824-6555

---

■ Btzalel Hirschhorn, Esq. ■ Matthew J. Routh, Esq. ■ Nicholas Neocleous, Esq. ■ Kimberly Wroblewski, Esq. ■

October 28, 2025

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE: JUSTN S. PARKS & ESTELLE J. GIRARD; CASE NO. 25-4348**

Dear Judge Stong,

    This letter is to update the Court on the status of the loss mitigation in the above referenced case. On October 27, 2025, our office sent the Debtors the completed loss mitigation package for review and execution. As soon as we receive the executed packet back from the Debtors our office will submit it to the Secured Creditor for review.

    Please do not hesitate to contact the undersigned should the Court require anything further.

Very truly yours,
ANDERSON, BOWMAN, & WALLSHEIN, PLLC

/s/ *Btzalel Hirschhorn*
Btzalel Hirschhorn