| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | December 15, 2025 |
| EASTERN DISTRICT OF NEW YORK | 10:00 A.M. |

================================X
IN RE:　　　　　　　　　　　　　　　　　　　　　　Case No. 125-43428-ESS

JUSTIN S. PARKS　　　　　　　　　　　　　　　　Hon. ELIZABETH S. STONG
AND
ESTELLE J. GIRARD,
　　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION**
　　　　　　　Debtors.
================================X

　　　　　　PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 271 Cadman Plaza East, Brooklyn, New York Courtroom 3585, on December 15, 2025 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

　　　　　　**Unless the Court orders otherwise, the hearing on this Motion to Dismiss application will be held remotely by video and an in-person appearance at the Courthouse will not be required.**

　　　　　　To appear remotely, please register your appearance at least two business days before the hearing. Dial-in instructions will be provided prior to the hearing. The web link for registering for a court hearing appearance is https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl and instructions are posted on the Court's website at https://www.nyeb.uscourts.gov/node/2126 **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

　　　　　　Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:　Jericho, New York
　　　　November 24, 2025　　　　　　　　　　　/s/ Krista M. Preuss
　　　　　　　　　　　　　　　　　　　　　　　　　KRISTA M. PREUSS, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　100 JERICHO QUADRANGLE, STE 127
　　　　　　　　　　　　　　　　　　　　　　　　　JERICHO, NY 11753
　　　　　　　　　　　　　　　　　　　　　　　　　(516) 622-1340

```
UNITED STATES BANKRUPTCY COURT            December 15, 2025
EASTERN DISTRICT OF NEW YORK              10:00 A.M.
=================================X
IN RE:                                    Case No: 125-43428-ESS

JUSTIN S. PARKS                           Hon. ELIZABETH S. STONG
AND
ESTELLE J. GIRARD,
                                          APPLICATION
            Debtors.
=================================X
```

TO THE HONORABLE ELIZABETH S. STONG U.S. BANKRUPTCY JUDGE:

Hanin R. Shadood, staff attorney to Krista M. Preuss, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtors filed a petition under the provisions of 11 U.S.C. Chapter 13 on July 18, 2025, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2. The Claims Register reflects total claims in the aggregate amount of $1,697,152.69. This amount exceeds the Chapter 13 statutory debt limit of $1,580,125. None of the claims appear to be contingent, non-liquidated, or duplicative. It therefore appears that the Debtors are not eligible to be debtors under 11 U.S.C. §109(e), and this case must be dismissed.

3. The Debtors' proposed Chapter 13 Plan (hereinafter the "Plan"), dated November 19, 2025, provides for a monthly Plan payment of $14,073.76 per month for a period of 60 months. The Plan proposes a pro rata distribution to all timely filed general unsecured proofs of claim.

4. The Trustee objects to the confirmation of the Plan because the Debtors' budget, Schedules I and J, reflects $9,104.47 in monthly income which is less than the Plan payment, demonstrating that the Debtors will not be able to make all payments under the Plan as required by 11 U.S.C. §1325(a)(6).

3. Furthermore, the Debtors have failed to:

   a. comply with 11 U.S.C § 1325(a)(6) in that the Debtors have failed to submit timely Chapter 13 Plan payments to the Trustee, and is $31,135.42 in arrears through November 2025; and

   b. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1(d); and

   c. file and provide the Trustee with a copy of an affidavit by the Debtors stating the Debtors have paid all amounts that are required to be paid under a domestic support obligation or that the Debtors have no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c); and

   d. file and provide the Trustee with a copy of affidavit from the Debtors stating whether the Debtors have filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

   e. provide the Trustee with copies of canceled checks, receipts, money orders or other documentation of payment of all mortgage installments and real property lease payments that have come due since the filing of the petition as required by E.D.N.Y. LBR 2003-1(a)(vi) and (b)(i); and

   f. file verified monthly operating reports as required by 11 U.S.C. §1304, Fed. R. Bankr. P. 2015(c)(1)(A), and E.D.N.Y. LBR 2015-1.

  4. A delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

  5. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

  WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Jericho, New York
   November 24, 2025

               *s/Hanin R. Shadood*
               Hanin R. Shadood, Staff Attorney
               Chapter 13 Trustee Krista M. Preuss

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X     Case No: 125-43428-ESS
IN RE:
                                                                  CERTIFICATE OF SERVICE
  JUSTIN S. PARKS
  AND
  ESTELLE J. GIRARD

                         Debtors.
------------------------------------------------------------X
```

I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

JUSTIN S. PARKS
610 WARREN STREET, APT. 5A
BROOKLYN, NY 11217

ESTELLE J. GIRARD
610 WARREN STREET, APT. 5A
BROOKLYN, NY 11217

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

ANDERSON, BOWMN & WALLSHEIN, PLLC, Bhirschhorn@sbagk.com

Customers Bank C/O Stern & Eisenberg, PC, seisenberg@sterneisenberg.com


Transmission times for electronic delivery are Eastern Time zone.

This November 24, 2025


s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Ste 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 125-43428-ESS
Hon. ELIZABETH S. STONG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
====================================================================
IN RE:

JUSTIN S. PARKS
AND
ESTELLE J. GIRARD


             Debtors.
====================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

====================================================================

KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340