ANDERSON BOWMAN
WALLSHEIN, PLLC
By: Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415
(718) 263-6800
bhirschhorn@abwpllc.com

*Counsel to Debtors
& Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

| | |
|---|---|
| **In re:**<br><br>**JUSTIN S. PARKS and ESTELLE J. GIRARD,**<br><br>                                         **Debtors.** | **Chapter 13**<br><br>**Case No. 25-43428-ess** |

**NOTICE OF MOTION TO CONVERT THE DEBTORS' CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11 PURSUANT TO 11 U.S.C. § 1307(d)**

**PLEASE TAKE NOTICE**, that upon the application, dated January 22, 2026, the Debtors Justin S. Parks & Estelle J. Girad, by their attorneys, ANDERSON, BOWMAN & WALLSHEIN PLLC, shall move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in the courtroom located at the United States Bankruptcy Court for the Eastern District of New York, located at 271C Cadman Plaza East, Brooklyn, NY, Courtroom 3585, on February 20, 2026 at 2:30PM, or as soon thereafter as counsel may be heard, for entry of an order pursuant to 11 U.S.C. sections 1307(d) of the Bankruptcy Code, converting the Debtors' instant Chapter 13 case to a case under Chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE,** that all hearings before Judge Stong will be conducted in person or video, as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE,** whether the hearing is in person or by video,

— 1 —

please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For video hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called.

**PLEASE TAKE FURTHER NOTICE,** that if you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE,** that additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon, the undersigned counsel for the Applicant by 5:00 p.m. seven days prior to the return date and upon any other person whose interests would be affected if the objection is sustained.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the motion.

Dated: January 22, 2026
       Kew Gardens, NY

**ANDERSON, BOWMAN & WALLSHEIN PLLC**

*/s/ Btzalel Hirschhorn*
By: Btzalel Hirschhorn, Esq.
*Proposed Counsel for the Debtor*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
(718) 263-6800
bhirschhorn@abwpllc.com