# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
# (BROOKLYN)

| | |
|---|---|
| In re:<br>JUSTIN S. PARKS and ESTELLE J. GIRARD,<br>                Debtor(s). | Chapter 13<br>Case No. 25-43428 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 02/20/2026, I did cause a copy of the following document(s), described below.

NOTICE OF MOTION TO CONVERT CH. 13 TO CH. 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 02/20/2026

 

                                          */s/ Btzalel Hirschhorn*
                                          By:  Btzalel Hirschhorn, Esq.
                                          ANDERSON, BOWMAN
                                          & WALLSHEIN, PLLC
                                          80 – 02 Kew Gardens Road, Suite 600
                                          Kew Gardens, NY 11415
                                          Tel: (718) 263-6800 | Fax: (718) 520-9401 Email: Bhirschhorn@abwpllc.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
# (BROOKLYN)

| | |
|---|---|
| In re:<br>JUSTIN S. PARKS and ESTELLE J. GIRARD,<br>               Debtor(s). | Chapter 13<br>Case No. 25-43428 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 02/20/2026, I did cause a copy of the following document(s), described below.

NOTICE OF MOTION TO CONVERT CH. 13 TO CH. 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 02/20/2026

*Charles Wheeler*
Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

Exhibit

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 |
|---|---|---|---|---|---|
| Customers Bank | Stern & Eisenberg, PC | 1581 Main St, Ste. 200 | Warrington, PA 18976-3403 | | |
| 271-C Cadman Plaza East, Suite 1595 | Brooklyn, NY 11201-1800 | | | | |
| 610 Warren Street Condo | 92 Luquer Street | Brooklyn, NY 11231-3309 | | | |
| American Express National Bank, AENB | c/o Zwicker & Associates, P.C. | P.O. Box 9043 | Andover, MA 01810-0943 | | |
| Amex | Correspondence/Bankruptcy | P.O. Box 981535 | El Paso, TX 79998-1535 | | |
| Bank of America | Attn: Bankruptcy | 4909 Savarese Cir. | Tampa, FL 33634-2413 | | |
| Bank of America, N.A. | P.O. Box 673033 | Dallas, TX 75267-3033 | | | |
| Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899-8801 | | |
| Capital One | Attn: Bankruptcy | P.O. Box 30285 | Salt Lake City, UT 84130-0285 | | |
| Citibank | Citicorp Cr Srvs/Centralized Bankruptcy | P.O. Box 790040 | St Louis, MO 63179-0040 | | |
| Citibank, N.A. | 5800 S Corporate Pl | Sioux Falls, SD 57108-5027 | | | |
| City Medical | P.O. Box 14099 | Belfast, ME 04915-4034 | | | |
| Credit One Bank | Attn: Bankruptcy Department | 6801 Cimarron Rd | Las Vegas, NV 89113-2273 | | |
| Customers Bank | 40 General Warren Boulevard | Suite 200 | Malvern, PA 19355-1251 | | |
| Customers Bank | 99 Bridge St | Phoenixville, PA 19460-3411 | | | |
| Customers Bank | c/o Stern & Eisenberg, PC | 1581 Main St, Ste. 200 | Warrington, PA 18976-3403 | | |
| FSM LaPenna HVAC Inc | 178 Herricks Rd | Mineola, NY 11501-2255 | | | |
| Goldman Sachs Bank USA | Attn: Bankruptcy | Lockbox 6112, P.O. Box7247 | Philadelphia, PA 19170-0001 | | |
| Green Ducts | 15 Navigator Ct | Staten Island, NY 10309-4049 | | | |
| IRS Centralized Insolvency | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| JPMorgan Chase Bank, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, TX 75001-9013 | | |
| Jpmcb | MailCode LA4-7100 | 700 Kansas Ln | Monroe, LA 71203-4774 | | |
| LVNV Funding, LLC | Resurgent Capital Services | P.O. Box 10587 | Greenville, SC 29603-0587 | | |
| MS&A LLC | 1202 Lexington Ave, #301 | New York, NY 10028-1439 | | | |
| Midland Credit Management, Inc. | P.O. Box 2037 | Warren, MI 48090-2037 | | | |
| NYC Dept of Finance | 59 Maiden Ln | New York, NY 10038-4613 | | | |
| NYSDTF | ATTN: Office of Counsel | Bldg. 9 | W A Harriman Campus | Albany, NY 12227-0001 | |
| NYC Dept. of Finance | 375 Pearl St | 29th Floor | New York, NY 10038-1441 | | |
| NYS Dept. of Taxation & Finance | Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205-0300 | | |
| Office of the U.S. Trustee | EDNY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green | Room 510 | New York, NY 10004-1415 |
| Portfolio Recover Associates, LLC | P.O. Box 41067 | Norfolk, VA 23541-1067 | | | |
| Renee M. Moore | 429 East 52nd St | Ste. 16J | New York, NY 10022-6455 | | |
| Richard Sokoloff, Esq. | 1270 Smithown Ave | Suite B | Bohemia, NY 11716-2210 | | |
| Schwartz Sladkus Reich | Greenberg Atlas LLP | 444 Madison Ave | c/o Maria Beltrani, Esq. | New York, NY 10022-6903 | |
| Schweiger Dermatology | P.O. Box 1870 | Cary, NC 27512-1870 | | | |
| TD Bank North, NA | 70 Gray Rd | Falmouth, ME 04105-2019 | | | |
| The 610 Warren Street Condominium | c/o Jonathan L. Flaxer, Esq. | Golenbock Eiseman Assor Bell & Peskoe LL | 711 Third Ave | New York, NY 10017-4014 | |
| US DOE | P.O. Box 16448 | St. Paul, MN 55116-0448 | | | |
| USAA Federal Savings Bank | Attn: Bankruptcy | 9800 Fredericksburg Rd | San Antonio, TX 78288-0002 | | |
| Krista M Preuss | Chapter 13 Trustee | 100 Jericho Quadrangle, Ste. 127 | Jericho, NY 11753-2702 | | |